Stephen K. Watts, Appellant, v. Doull Miller Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Dunk* v. *Dunk* (177 N. Y. 264). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert B. Hirsch and Another, Respondents, v. S. Hyman Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Thomas Cully.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. James Speranza.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Adolph Rible.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Harry A. Egan.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.